IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BURTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BLUESTEM BRANDS, INC. dba FINGERHUT,<br><br>　　　　Defendant.<br>_____/ | No. C-14-4362 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL AND ANSWER** |

　　　On October 27, 2014, the above-titled action was reassigned to the undersigned.

　　　To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith a chambers copy of its Notice of Removal, filed September 26, 2014, and its Answer, filed October 2, 2014.

　　　**IT IS SO ORDERED.**


Dated: November 3, 2014　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge