UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNA BURTON,** | Case No. 3:14-cv-04362-MMC |
| Plaintiff, | **ORDER** OF DISMISSAL |
| vs. | |
| **BLUESTEM BRANDS, INC.** dba **FINGERHUT.,** | |
| Defendant. | |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

Dated this <u>16th</u> day of January, 2015.



The Honorable Maxine M. Chesney